IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEATHER MARIE WEST, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of Social Security, | : | |
| Defendant. | : | No. 17-00249 |

# **ORDER**

LINDA K. CARACAPPA, J.

AND NOW, this 27th day of October, 2017, upon consideration of plaintiff's request for review, and defendant's response, and after careful review of the record, IT IS ORDERED that plaintiff's Request for Review is DENIED.

BY THE COURT:

/S/ LINDA K. CARACAPPA
LINDA K. CARACAPPA
UNITED STATES MAGISTRATE JUDGE